```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------------------x
KINGVISION PAY-PER-VIEW, LTD.,                      :
as Broadcast Licensee of the October 2, 2004        :
Trinidad/Mayorga Program                            :
                                                    :
                Plaintiff,                          :        ORDER
                                                    :
        -against-                                   :        05-CV-3095 (DLI)(KAM)
                                                    :
MOHAMMED NAEEM SHEIKH, Individually, and as         :
officer, director, shareholder and/or principal of D & S :
DELI INC., 41ST STREET DELI & GROCERY CORP.         :
and 5TH AVE EXPRESS DELI & GROCERY CORP.            :
d/b/a  5TH AVE EXPRESS DELI & GROCERY a/k/a         :
EXPRESS DELI & GROCERY a/k/a DELI EXPRESS           :
and D & S DELI INC., 41ST STREET DELI & GROCERY     :
CORP. and 5TH AVE EXPRESS DELI & GROCERY            :
CORP. d/b/a 5TH AVE EXPRESS DELI & GROCERY          :
a/k/a EXPRESS DELI & GROCERY a/k/a DELI             :
EXPRESS                                             :
                                                    :
                Defendants.                         :
----------------------------------------------------------------------------x
```

**DORA L. IRIZARRY, U.S. District Judge:**

It appearing that no objections have been filed to the Report and Recommendation of the Honorable Kiyo A. Matsumoto, U.S.M..J. dated May 31, 2006; and

Upon consideration, the Report and Recommendation is hereby adopted in full. Accordingly, it is hereby ORDERED that default judgment be entered against defendants, jointly and severally, in the total amount of $5,225, inclusive of basic and enhanced statutory damages of $2,575, attorneys' fees of $1,450 and costs of $1,200. It is further hereby

ORDERED that plaintiff's request for a permanent injunction is denied. It is further hereby

ORDERED that this matter be closed, judgment entered, and a copy of this Order be served on all parties by the Clerk of this Court.

DATED:   Brooklyn, New York
         July 13, 2006

                                            _____/s/_____
                                            DORA L. IRIZARRY
                                            United States District Judge