UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
KINGVISION PAY-PER-VIEW, LTD.,
as Broadcast Licensee of the October 2,
2004 Trinidad/Mayorga Program,

                                Plaintiff,

-against-

MOHAMMED NEEM SHEIKH, Individually,
and as officer, director, shareholder
and/or principal of D & S DELI INC.,
41ST STREET DELI & GROCERY CORP. and
5TH AVE EXPRESS DELI & GROCERY CORP.
d/b/a 5TH AVE EXPRESS DELI & GROCERY
a/k/a EXPRESS DELI & GROCERY a/k/a DELI
EXPRESS and D & S DELI INC., 41ST
STREET DELI & GROCERY CORP. and 5TH AVE
EXPRESS DELI & GROCERY CORP. d/b/a 5TH
AVE EXPRESS DELI & GROCERY a/k/a
EXPRESS DELI & GROCERY a/k/a DELI
EXPRESS,

                                Defendants.
-------------------------------------------------------------------X

JUDGMENT
05-CV- 3095 (DLI)

       An Order of Honorable Dora L. Irizarry, United States District Judge, having been filed on July 13, 2006, adopting the Report and Recommendation of Magistrate Judge Kiyo A. Matsumoto, dated May 31, 2006; and ordering the Clerk of Court to enter judgment against defendants, jointly and severally, in the total amount of $5,225.00, inclusive of basic and enhanced statutory damages of $2,575.00, attorneys' fees of $1,450.00 and costs of $1,200.00; and denying plaintiff's request for a permanent injunction; it is

ORDERED and ADJUDGED that the Report and Recommendation of Magistrate Judge Kiyo A. Matsumoto is adopted; that judgment is hereby entered in favor of plaintiff, Kingvision Pay-Per-View, Ltd., as Broadcast Licensee of the October 2, 2004 Trinida/ Mayorga Program, and against defendants, Mohammed Naeem Sheikh, Individually, and as officer, director, shareholder and/or principal of D&S Deli Inc., 41st Street Deli & Grocery & Grocery Corp. and 5th Avenue Express Deli & Grocery Corp. d/b/a 5th Ave Express Deli & Grocery a/k/a Express Deli & Grocery a/k/a Deli Express and D&S Deli Inc., 41st Street Deli & Grocery Corp. and 5th Avenue Express Deli & Grocery Corp. d/b/a 5th Avenue Express Deli & Grocery a/k/a Express Deli & Grocery a/k/a Deli Express, jointly and severally, in the total amount of $5,225.00, inclusive of basic and enhanced statutory damages of $2,575.00, attorneys' fees of $1,450.00 and costs of $1,200.00; and that plaintiff's request for a permanent injunction is denied.

Dated: Brooklyn, New York
July 12, 2006

ROBERT C. HEINEMANN
Clerk of Court